**Fill in this information to identify the case:**

Debtor name    CLAYTON KENDRICK, INC.

United States Bankruptcy Court for the: WESTERN    District of   WASH.
(State)

Case number (If known):   24-12597

❑ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:**   **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* ............................................................    $ 0

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* ..........................................................    $ 278,650

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* ............................................................    $ 278,650

---

**Part 2:**   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............    $ 50,000

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 line 5a of *Schedule E/F* ................................    $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...............    + $ 893,908

4. **Total liabilities** ..............................................................................................
   Lines 2 + 3a + 3b    $ 943,908

**Fill in this information to identify the case:**

Debtor name  CLAYTON KENDRICK, INC.

United States Bankruptcy Court for the: WESTERN _____ District of WASH. ___
(State)

Case number (If known): 24-12597 _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                       $ 22,500

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | ___ ___ ___ ___ | $ |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $ |
|---|---|
| 4.2. | $ |

5. **Total of Part 1**                                                                                     $ 22,500

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | ADVANCE FEE DEPOSIT, LAW OFFICES OF CHRISTOPHER L. YOUNG PLLC | $ 3,000 |
|---|---|---|
| 7.2. | | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 3,000

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ....➤    $_____
                         face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ....➤    $_____
                         face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$_____

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____ _____% _____ $_____

15.2. _____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $_____

16.2. _____ _____ $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____

Case 24-12597-CMA    Doc 8    Filed 10/24/24    Ent. 10/24/24 07:02:52    Pg. 3 of 25

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** ACME | 10/11/2024 MM / DD / YYYY | $ 11,250 | EST. | $ 11,250 |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** AMAZON | 10/11/2024 MM / DD / YYYY | $ 100,000 | EST. | $ 100,000 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 111,250

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $ 0 | FULLY DEPRECIATED | $ 500 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $ 0 | FULLY DEPRECIATED | $ 100 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 PAINTINGS | $_____ | | $ 1300 |
| 42.2 | $_____ | | $_____ |
| 42.3 | $_____ | | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1900

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | | $_____ |
| 48.2 _____ | $_____ | | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| PACKAGING EQUIP. | $ 30,000 | AEK PACKAGING CONSIGN | $ 30,000 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 30,000

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | ESTIMATE | $ 100,000 |
| 61. **Internet domain names and websites**<br>_____ | $_____ | ESTIMATE | $ 10,000 |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | | $_____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $ 110,000

---

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➡ $_____
                                  Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

**73. Interests in insurance policies or annuities**

_____   $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim      _____

Amount requested     $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim      _____

Amount requested     $_____

**76. Trusts, equitable or future interests in property**

_____   $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Case 24-12597-CMA   Doc 8   Filed 10/24/24   Ent. 10/24/24 07:02:52   Pg. 8 of 25

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 22,500 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 3,000 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 111,250 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,900 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 30,000 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 110,000 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 278,650 | + 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................... $ 278,650

Debtor name CLAYTON KENDRICK, INC.

United States Bankruptcy Court for the: WESTERN District of WASH.
(State)

Case number (If known): 24-12597

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
AMAZON.COM

Describe debtor's property that is subject to a lien
INVENTORY                                          $ 50000        $ XX 100,000

Creditor's mailing address
PO BOX 80683
SEATTLE WA 98108

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.2** Creditor's name

Describe debtor's property that is subject to a lien
$_____        $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $ 50000

**Fill in this information to identify the case:**

Debtor    CLAYTON KENDRICK, INC.

United States Bankruptcy Court for the:   WESTERN      District of   WASH.
                                                        (State)

Case number   24-12597
(if known)

Official Form 206E/F
_____

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with **PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** | **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** | **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

Nonpriority creditor's name and mailing address
ACME DISTRIBUTION

PO BOX 17729

DENVER CO 80217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: INVENTORY

$4,950

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2**

Nonpriority creditor's name and mailing address
ADAM & BROOKS INC.

4345 HALLMARK PKWY

SAN BERNADINO CA 92407

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: INVENTORY

$16,216

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**

Nonpriority creditor's name and mailing address
ALBANESE CONFECTIONARY GROUP INC.

PO BOX 71885

CHICAGO IL 60694-1885

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: INVENTORY

$6,291

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4**

Nonpriority creditor's name and mailing address
ALLIANCE PACKAGING

PO BOX 749702

LOS ANGELES CA 90074-9702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$38,523

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5**

Nonpriority creditor's name and mailing address
ANDRE PROST INC.

PO BOX 835

OLD SAYBROOK CT 06475

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

$4,672

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

**3.6**

Nonpriority creditor's name and mailing address
ATKINSON CANDY CO.

PO BOX 150220

LUFKIN TX 75915-0220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: INVENTORY

$21,265

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

| Debtor | CLAYTON KENDRICK, INC. | Case number (if known) | 24-12597 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.7** Nonpriority creditor's name and mailing address

AWAKE CORPORATION

PO BOX 93885

CLEVELAND OH 44101-5885

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$ 3,630

---

**3.8** Nonpriority creditor's name and mailing address

BC IMPORTS INC.

3007 38TH ST SE

PUYALLUP WA 98374

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 14,826

---

**3.9** Nonpriority creditor's name and mailing address

BELGIUM BEST - NIRVANA CHOCOLATE

480 ADAMS ST STE 202

MILTON MA 02186

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$ 56,820

---

**3.10** Nonpriority creditor's name and mailing address

BROTHERS TRADING

PO BOX 2234

SAN GABRIEL CA 91778

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,850

---

**3.11** Nonpriority creditor's name and mailing address

CHICAGO IMPORTING CO. INC.

11200 E MAIN ST

HUNTELY IL 60142-7369

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 27,324

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** Nonpriority creditor's name and mailing address

CLIF BAR & CO.

PO BOX 742065

LOS ANGELES CA 90074-2065

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: INVENTORY

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

$ 7,741

---

**3.13** Nonpriority creditor's name and mailing address

COLAVITA USA LLC

1 RUNYONS LANE

EDISON NJ 08817

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: INVENTORY

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,523

---

**3.14** Nonpriority creditor's name and mailing address

COMFORT SYSTEMS USA INC.

17683 128 TH PL NE

WOODINVILLE WA 98072

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: INVENTORY

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 592

---

**3.15** Nonpriority creditor's name and mailing address

DAPRANO & CO.

PO BOX 1312

PINEVILLE NC 28134-0030

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: INVENTORY

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

$ 7,796

---

**3.16** Nonpriority creditor's name and mailing address

DL DISTRIBUTIONS LLC

PO BOX 829897

PHILADELPHIA PA 19182-9897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: INVENTORY

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

$ 4,798

| Debtor | CLAYTON KENDRICK, INC. | Case number *(if known)* | 24-12597 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address

DORVAL TRADING CO LTD INC.

PO BOX 620

NANUET NY 10954

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 6,764

---

**3.18** Nonpriority creditor's name and mailing address

EMPIRE INTERNATIONAL - AP

1351 E CHEIF PRIVADO

ONTARIO CA 91761

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
- ☐ No
- ☒ Yes

$ 25,325

---

**3.19** Nonpriority creditor's name and mailing address

EURO AMERICA BRANDS

95 STATE RTE 17 STE 314

PARAMUS NJ 07652

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
- ☐ No
- ☒ Yes

$ 75,010

---

**3.20** Nonpriority creditor's name and mailing address

FERRERO USA INC.

26034 NETWORK PL

CHICAGO IL 60673-1260

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
- ☐ No
- ☒ Yes

$ 13,402

---

**3.21** Nonpriority creditor's name and mailing address

FOREIGN CANDY CO. INC.

ONE FOREIGN CANDY DR

HULL IA 51239

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 14,222

| Debtor | CLAYTON KENDRICK, INC. | Case number *(if known)* | 24-12597 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.2**

Nonpriority creditor's name and mailing address

FUSION GOURMET

690 W MANVILLE ST

RANCHO DOMINGO CA 90220

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,684

---

**3.3**

Nonpriority creditor's name and mailing address

GERRIT J VERBURG CO.

12238 GERMANY RD

FENTON MI 48430

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
☐ No
☒ Yes

$ 55,723

---

**3.4**

Nonpriority creditor's name and mailing address

GOLDEN WEST SPECIALTY FOODS INC.

300 INDUSTRIAL WAY

BRISBANE CA 94005

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,827

---

**3.5**

Nonpriority creditor's name and mailing address

GUARDIAN SECURITY

1743 1ST AVE S

SEATTLE WA 98134

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SERVICES

Is the claim subject to offset?
☐ No
☐ Yes

$ 324

---

**3.6**

Nonpriority creditor's name and mailing address

IMPACT CONFECTIONS INC.

4017 WHITNEY ST

JANESVILLE WI 53546

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
☐ No
☒ Yes

$ 4,612

| Debtor | CLAYTON KENDRICK, INC. | Case number (if known) | 24-12597 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.27**

**Nonpriority creditor's name and mailing address**

INDIA TREE INC.

5309 SHILSHOLE AVE NW STE 150

SEATTLE WA 98107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** INVENTORY

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 5,002

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

---

**3.28**

**Nonpriority creditor's name and mailing address**

JANET PREHN

11910 W 76TH DR

ARVADA CO 80005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** MONIES LENT

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 207,125

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

---

**3.29**

**Nonpriority creditor's name and mailing address**

JDW DISTRIBUTORS (EVERTON)

PO BOX 681

ORANGE CA 92856

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INVENTORY

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 588

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

---

**3.30**

**Nonpriority creditor's name and mailing address**

JELLY BELLY CANDY CO.

PO BOX 742799

LOS ANGELES CA 90074-2799

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** INVENTORY

**Is the claim subject to offset?**
☐ No
☒ Yes

$ 18,345

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

---

**3.31**

**Nonpriority creditor's name and mailing address**

JOEL PREHN

2572 NEWCOMBE ST

LAKEWOOD CO 80215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** MONIES LENT

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 51,188

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

---

| Debtor | CLAYTON KENDRICK, INC. | Case number (if known) | 24-12597 |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

KENT PRECISION FOODS GROUP INC.

734128 NETWORK PL

CHICAGO IL 60673-4128

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,776

---

**3.33** Nonpriority creditor's name and mailing address

LIBERTY ORCHARDS INC.

PO BOX C

CASHMERE WA 98815

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
☐ No
☒ Yes

$ 34,877

---

**3.34** Nonpriority creditor's name and mailing address

MARICH CONFECTIONARY

2101 BERT DR

SALINAS CA 95023

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
☐ No
☐ Yes

$ 13,709

---

**3.35** Nonpriority creditor's name and mailing address

MARKET SPICE

PO BOX 2935

REDMOND WA 98073

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
☐ No
☒ Yes

$ 17,296

---

**3.36** Nonpriority creditor's name and mailing address

PETERS GOURMET (FKA DK)

4499 IVANREST AVE STE G

GRANDVILLE MI 49419

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
☐ No
☐ Yes

$ 13,550

Official Form 206E/F    Case 24-12597-CMA    Schedule E/F: Creditors Who Have Unsecured Claims    Doc 18    Filed 10/24/24    Ent. 10/24/24 07:02:52    Pg. 18 of 25    page 8 of 13

| Debtor | CLAYTON KENDRICK, INC. | Case number (if known) | 24-12597 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

PIONEER PACKAGING

6006 S 228TH ST

KENT WA 98032

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: INVENTORY

$ 5,199

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.38** Nonpriority creditor's name and mailing address

PRIMROSE

4111 W PARKER

CHICAGO IL 60639

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: INVENTORY

$ 8,527

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.39** Nonpriority creditor's name and mailing address

ROOTSTOCK TRADING

15 THE OLD ROAD

NEWTON CT 06470

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: INVENTORY

$ 21,292

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☒ Yes

**3.40** Nonpriority creditor's name and mailing address

ROSES BRANDS

101 ERIE BLVD

CANAJOHARIE NY 13317

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: INVENTORY

$ 3,564

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☒ Yes

**3.41** Nonpriority creditor's name and mailing address

SCONZA CANDY CO.

1 SCONZA LANE

OAKDALE CA 95361

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: INVENTORY

$ 3,240

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☒ Yes

| Debtor | CLAYTON KENDRICK, INC. | Case number (if known) | 24-12597 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.4 2** **Nonpriority creditor's name and mailing address**

SEATTLE GOURMET FOODS INC.

PO BOX 31001-3436

PASADENA CA 91110-3436

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
☐ No
☐ Yes

$ 21,611

---

**3.4 3** **Nonpriority creditor's name and mailing address**

SMARTIES CANDY CO. INC.

1091 LOUSONS RD

UNION NJ 07083

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
☐ No
☒ Yes

$ 1,503

---

**3.4 4** **Nonpriority creditor's name and mailing address**

SUMMIT PACKAGING INC.

1401 WEST VALLEY HWY N

AUBURN WA 98001

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
☐ No
☐ Yes

$ 11,433

---

**3.4 5** **Nonpriority creditor's name and mailing address**

SWEET CANDY INC.

3780 WEST DIRECTORS ROW

SALT LAKE CITY UT 84104

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: INVENTORY

Is the claim subject to offset?
☐ No
☒ Yes

$ 5,086

---

**3.4 6** **Nonpriority creditor's name and mailing address**

ULINE INC.

PO BOX 88741

CHICAGO IL 60680-1741

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SUPPLIES

Is the claim subject to offset?
☐ No
☐ Yes

$ 570

| Debtor | CLAYTON KENDRICK, INC. | Case number (if known) | 24-12597 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ☒ **47**

**Nonpriority creditor's name and mailing address**

ZIYAD BROS. IMPORTING INC.

5400 W 35TH ST

CICERO IL 60804

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** INVENTORY

$ 18,720

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

---

**3.___**

**Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___**

**Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___**

**Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___**

**Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | CLAYTON KENDRICK, INC. | Case number (if known) | 24-12597 |
|---|---|---|---|
| | Name | | |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** ERIC WALL<br>COMMERCIAL RECEIVERS INC.<br>(804) 823-8255 | Line 3.1_8<br>☐ Not listed. Explain EMPIRE | ___ ___ ___ ___ |
| **4.2.** CAINE WEINER<br>5805 SEPULVEDA BLVD 4TH FL<br>SHERMAN OAKS CA 91411 | Line 3.34<br>☐ Not listed. Explain MARICH | ___ ___ ___ ___ |
| **4.3.** RENTON COLLECTIONS<br>PO BOX 272<br>RENTON WA 98057-0272 | Line 3.35<br>☐ Not listed. Explain MKT SPICE | ___ ___ ___ ___ |
| **4.4.** RICHARD JAMES & ASSOCS. INC.<br>4317 NE THURSTON WAY STE 270<br>VANCOUVER WA 98662 | Line 3.40<br>☐ Not listed. Explain ROSES | ___ ___ ___ ___ |
| **41.** BARR CREDIT SERVICES<br>3444 N COUNTRY CLUB RD<br>TUCSON AZ 85716 | Line 3._5<br>☐ Not listed. Explain ANDRE PROST INC. | ___ ___ ___ ___ |
| **4.5.** COSTELLO SURY ROONEY PC<br>ONE LINCOLN CTR STE 1670<br>OAKBROOK TERRACE IL 60181 | Line 3.1_1<br>☐ Not listed. Explain CHICAGO | ___ ___ ___ ___ |
| **4.6.** | Line ____<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| **4.7.** | Line ____<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| **4.8.** | Line ____<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| **4.9.** | Line ____<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| **4.10.** | Line ____<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| **4.11.** | Line ____<br>☐ Not listed. Explain | ___ ___ ___ ___ |

| Debtor | CLAYTON KENDRICK, INC. | Case number (if known) | 24-12597 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|---------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. $+$ | $ 893,908 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 893,908 |

Fill in this information to identify the case:

Debtor name __CLAYTON KENDRICK, INC.__

United States Bankruptcy Court for the: __WESTERN__ District of __WASH.__
(State)

Case number (If known): __24-12597__ Chapter __7__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   CLAYTON KENDRICK, INC.

United States Bankruptcy Court for the: WESTERN   District of   WASH.
(State)

Case number (If known):   24-12597

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 BRETT CANFIELD | 6228 3RD AVE NW <br> Street <br><br> SEATTLE   WA   98107 <br> City   State   ZIP Code | ALLIANCE PCKG | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 " | " <br> Street <br><br> City   State   ZIP Code | SWEET CANDY | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 " | " <br> Street <br><br> City   State   ZIP Code | ZIYAD BROS. | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4 " | " <br> Street <br><br> City   State   ZIP Code | MKT SPICE | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.5 | Street <br><br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Street <br><br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |